ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 1 2 2025
at 4 o'clock and 23 min. P M
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant United States Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. CR 25-00043 JAO |
| v. | ) INDICTMENT |
| MARIA ALDANA RINCON, a/k/a Veronica Castaneda Rosales, | ) [8 U.S.C. § 1326(a)] |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

Reentry of Removed Alien
(8 U.S.C. § 1326)

On or about May 23, 2025, in the District of Hawaii, MARIA ALDANA RINCON, a/k/a Veronica Castaneda Rosales, the defendant, an alien, native, and citizen of Mexico, who had been removed from the United States to Mexico on or about September 21, 2002, and September 30, 2002, via San Ysidro, California, thereafter was found in the United States in Honolulu, Hawaii, after knowingly and voluntarily re-entering and remaining in the United States, without having obtained the express consent of the Attorney General of the United States, or her successor,

//
//
//
//
//
//
//
//
//
//

the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

DATED: June 12, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

*Kim Sorenson*
KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant United States Attorney

United States v. Rincon
Indictment
Cr. No. CR 25-00043 JAO

3